UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN JONES, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>         Defendants. | Case No.:  18-CV-2729 W (LL)<br><br>**ORDER GRANTING ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF GAVIN JONES [DOC. 47]** |

  Attorney Samuel H. Park has filed a motion to withdraw as attorney of record for Plaintiff Gavin Jones.  The motion is unopposed.

  "The grant or denial of an attorney's motion to withdraw in a civil case is a matter addressed to the discretion of the trial court . . . ." <u>Washington v. Sherwin Real Estate, Inc.</u>, 694 F.2d 1081, 1087 (7th Cir. 1982).  Factors considered in evaluating the motion are "1) the reasons why withdrawal is sought; 2) the prejudice withdrawal may cause to other litigants; 3) the harm withdrawal might cause to the administration of justice; and 4) the degree to which withdrawal will delay the resolution of the case." <u>CE Resource, Inc. v. Magellan Group, LLC</u>, 2009 WL 3367489, at *2 (E.D.Cal. 2009) (citing <u>Canandaigua Wine Co., Inc. v. Moldauer</u>, 2009 WL 89141, at *1 (E.D.Cal. 2009)).

     Attorney Park contends that in late February, the parties discussed and negotiated a tentative settlement agreement.  (*Park Decl.* [Doc. 47-1] ¶ 4.)  Jones, however, did not sign the settlement agreement, and thereafter became incommunicative with Attorney Park.  (*Id.* ¶ 5.)  Jones then failed to appear at telephonic hearings before Magistrate Judge Linda Lopez on March 26, 2020, April 2, 2020 and April 16, 2020.  (*Id.* ¶ 6.)  Attorney Park provided Jones notice of each of these hearings.  (*Id.*)  As a result of Jones's failure to communicate with Attorney Park and failure to cooperate in the prosecution of this litigation, on April 4, 2020 Magistrate Judge Lopez granted Defendants' application to remove Jones as Guardian Ad Litem for Minor Plaintiffs E.J. and W.J.  (*See Order* [Doc. 46].)  Based on these facts, the Court finds Attorney Park has established that there has been a complete breakdown of the attorney-client relationship between him and Jones such that Jones has made it unreasonably difficult for Attorney Park to carry out his representation effectively.  See, CA ST RPC Rule 3-700(C)((1)(d).

     Additionally, there is nothing in the record suggesting that Attorney Park's withdrawal will prejudice the litigants in this matter, will harm the administration of justice or unduly delay the resolution of this case.  Attorney Park has notified and served a copy of this motion on Jones, who was aware of the hearing, yet failed to file any sort of opposition.  (*Park Decl.* ¶ 9; *Decl. of Service* [Doc. 47-3].)  The motion was also served on the Defendants.  (*Proof of Service* [Doc. 47-4].)  To date, no opposition to the motion has been filed.

     For all these reasons, the Court **GRANTS** Attorney Samuel H. Park's motion to withdraw as attorney of record for Plaintiff Gavin Jones [Doc. 47] and **ORDERS** as follows:

- Attorney Park shall serve a copy of this order on Plaintiff Jones.
- Plaintiff Jones shall provide the Court with his address on or before **June 30, 2020**.

//
//

- Attorney Park shall file proof of service of this order on Plaintiff Jones.

**IT IS SO ORDERED.**

Dated: June 17, 2020

_____
Hon. Thomas J. Whelan
United States District Judge