| | |
|---|---|
| Samuel H. Park (State Bar Number: 261136) <br> sam@sampark.lawyer <br> **Samuel H. Park, Attorney at Law** <br> 3960 W. Point Loma Blvd., #H310 <br> San Diego, CA 92110 <br> Phone: (619) 674-7392 | |
| **UNITED STATES DISTRICT COURT,** <br> **SOUTHERN DISTRICT OF CALIFORNIA** <br> 221 West Broadway <br> San Diego, CA 92101 | |
| Plaintiff/Petitioner:     GAVIN JONES, et al. <br> Defendant/Respondent:  COUNTY OF SAN DIEGO, et al. | Case No.: 18-cv-2729-W-LL |
| **PROOF OF SERVICE** | Judge:  Hon. Thomas J. Whelan <br> Dept.:   3C (Schwartz) |

At the time of service, I was over 18 years of age and not a party to this action. My business address is 3131 Camino del Rio North, Suite 1250, San Diego, CA 92108.

On 6/17/2020, I served the following documents:

> 1. ORDER GRANTING ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF GAVIN JONES [DOC .47]

The documents were served on the persons identified in the attached **Service List** as follows:

[X] **CERTIFIED Mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons as listed in the attached Service List and placed the envelope for collection and mailing, following our ordinary business practices in San Diego, CA. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. Attached is the Certified Mail Receipt with tracking number.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  6/17/2020       By:   /s/ Samuel H. Park
                                     Samuel H. Park

## SERVICE LIST

*Gavin Jones, et al. v. San Diego, et al.*
18-cv-2729-W-LL

Gavin Jones  **Plaintiff, In Pro Per**
2535 Bonita Vista Dr.
Julian, CA 92036

