# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.J. and E.J., minors by and through their guardian ad litem,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 18-CV-2729 W (LL)<br><br>**ORDER GRANTING UNOPPOSED EX PARTE APPLICATION FOR APPROVAL OF MINORS' COMPROMISE [DOC. 68]** |

Pending before the Court is an ex parte application to approve the compromise of Minor Plaintiffs' claims (the "Application" [Doc. 68]). The Application is brought by Cheryl L. Finro, the maternal grandmother and guardian ad litem of Minor Plaintiffs W.J. and E.J. (*Finrow Decl.* [Doc. 68-2] ¶ 1.)

As set forth in the Application, this matter arises from alleged civil rights violations and torts arising out of Defendant County of San Diego Child Welfare Services investigation into alleged physical abuse of E.J. in March 2017. (*Appl.* 1:28–2:2.) This lawsuit was originally filed in state court by the Minor Plaintiffs and their father, Gavin

Jones, who was also initially appointed as their guardian ad litem. (*Id.* 2:3–6.) On December 3, 2018, the lawsuit was removed to this Court. (*See Notice of Removal* [Doc. 1].)

In February 2020, the parties agreed to a tentative settlement. (*Appl.* 2:7–10.) However, after reaching the settlement and approving the form of the settlement agreement, Gavin Jones refused to sign the document and became incommunicative with his attorney Sam Park and the Minor Plaintiffs. (*Id.* 2:11–14; *Park Decl.* [Doc. 47-1] ¶ 4; *Cheryl Finrow Decl.* [Doc. 68-2] ¶ 6.) As a result, on May 4, 2020, Gavin Jones was removed as the guardian ad litem for the Minor Plaintiffs (*Removal Order* [Doc. 46] 5:4–5), and on June 5, 2020, Cheryl L. Finrow, the Minor Plaintiffs' maternal grandmother, was appointed as the replacement Guardian ad Litem (*Appointment Order* [Doc. 52] 5:5–6.) Then on July 1, 2020, Gavin Jones was dismissed from this case for failing "to prosecute this action, which included the failure to appear at several conferences / hearings" before Magistrate Judge Linda Lopez. (*Dismissal Order* [Doc. 59] 1:22–24, 2:19–22.)

On July 30, 2020, this Application was filed seeking approval of the compromise of the Minor Plaintiffs' claims on the same terms that were reached in February 2020. (*Appl*. 2:9–11.) Under Rule 5 of this Court's Chamber's Rules, anyone opposing the ex parte application must file an opposition within two Court days. Id. To date, no opposition has been filed to the Application.

Having considered the Application, all supporting papers, and the Settlement Agreement attached to the Declaration of Stephen H. McAvoy [Doc. 68-1] as Exhibit 1, the Court **GRANTS** the Application [Doc. 31], and **APPROVES** the settlement as follows:

1. The Minor Plaintiffs will dismiss all claims they have, as contained in the First Amended Complaint in this action, with prejudice;

//
//

2. The County Defendants and Christina waive their right(s) to reimbursement to collect and/or pursue costs incurred in this action;[1] and

3. The parties further waive, release, and forever discharge each other from any and all claims, demands, causes of action, liabilities, controversies and/or damages, whether known or unknown.

**IT IS SO ORDERED**.

Dated:  August 5, 2020

_____
Hon. Thomas J. Whelan
United States District Judge

---

[1] The "County Defendants" are defined in the Settlement Agreement as "Defendants, DAVID JENNINGS, DENNIS LEGGETT, and COUNTY OF SAN DIEGO, as well as all other current and former County of San Diego officers, appointed or elected, and current or former County of San Diego employees, agents, and independent contractors . . . ." (*Settlement Agreement* at p. 1.)